Lamont Crossley K-82991
California Correctional Institution
PO Box 1902
Tehachapi CA 93581


FILED
JUL 10 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT CROSSLEY
   PLAINTIFF
V.
ARE NIAZI ET. AL..
   DEFENDANT

CASE NO. 2:12-CV-2180 LKK CKD
JUDGE: LAWRENCE K. KARLTON
MAGISTRATE JUDGE:
   CAROLYN K. DELANY

## PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL
## AND
## BRIEF IN SUPPORT

Pursuant to 28 U.S.C 1915 (e)(1), Plaintiff moves for an order appointing counsel to represent him in this case and that the provisions of Fed. R. Civ. P 26 apply once counsel is appointed. In support of this motion Plaintiff states:

1) Plaintiff cannot afford to hire a lawyer. He has been granted leave to proceed in Forma Pauperis in this case;

2) The issues in this case are complex. A lawyer would help Plaintiff to apply the law properly in briefs and in gaining information and exhibits as well as responses during discovery process;

3) Plaintiff believes he will need to obtain expert testimony in regards to the damages he alleges he suffered from as a result of prolonged, untreated staph infection requiring counsel's assistance;

4.) PLAINTIFF BELIEVES HIS CASE MIGHT REQUIRE AN ASSESSMENT OF THE ADEQUACY OF THE TREATMENT HE RECEIVED. REQUIRING EXPERT TESTIMONY:

5) PLAINTIFF IMPRISONMENT AND RECENT TRANSFER TO ANOTHER PRISONS SECURITY HOUSING UNIT (IE.HDU) FOR (36) MONTHS. WILL GREATLY LIMIT HIS ABILITY TO LITIGATE THIS CASE, OBTAIN EVIDENCE. DO PROPER LEGAL RESEARCH. CONSISTENTLY OBTAIN MATERIAL AND SUPPLIES NEEDED TO FILE MOTIONS, INTERROGATORIES, DEPOSITIONS (ETC.) AND SECURE PHOTO COPIES OF SUCH. THE PLAINTIFF HAS RECENTLY APPRISED AND PROVIDED PROOF TO THE COURTS ON MARCH 7, 2013 OF HIS DIFFICULTIES AND FAILURES TO SECURE COMPLETE COPIES OF HIS "FIRST AMENDED COMPLAINT" ORDERED BY THIS COURT DUE TO PRISON OFFICIALS REFUSAL TO COPY EXHIBIT/ATTACHMENTS HERE AT THIS PRISON. AND PLAINTIFF RECEIVES ACCESS TO THE PRISON LAW LIBRARY ONE DAY A WEEK, INCONSISTENTLY, CRIPPLING HIS ABILITY TO DO NECESSARY RESEARCH ON FED.R.CIV.P., EVIDENTIARY LAWS (ETC.) AND PREPARE ADEQUATE RESPONSES AN MOTIONS. WRITING MATERIAL ARE ALSO INCONSISTENTLY BEING PROVIDED AND PLAINTIFF IS INDIGENT. COUNSEL WOULD BE GREATLY SERVED:

6) A TRIAL IN THIS CASE COULD LIKELY INVOLVE CONFLICTING TESTIMONY. A LAWYER WOULD ASSIST PLAINTIFF IN THE PRESENTATION OF EVIDENCE AND CROSS EXAMINATIONS THE OPPOSING WITNESSES. PLAINTIFF HAS NEVER CONDUCTED NOR BEEN A PARTY TO, A LAWSUIT:

7) PLAINTIFF'S REPEATED ATTEMPTS TO OBTAIN A LAWYER HAS MEET WITHOUT SUCCESS AND HE'S RECEIVED ONLY ONE REPLY. (SEE LETTER)

WHEREFOR, PLAINTIFF REQUEST COURT APPOINTED COUNSEL

RESPECTFULLY SUBMITTED
Lamont Crossley K-82991

DATE: ▇▇▇▇ 7-7-13


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 05 90192



**BERG INJURY LAWYERS**

**ALAMEDA**
2440 Santa Clara Avenue
Alameda, CA 94501
(510) 523-3200
Fax (510) 523-8851

**FRESNO**
2560 West Shaw Avenue
Suite 104
Fresno, CA 93711
(559) 228-3200
Fax (559) 228-3323

**MODESTO**
1317 Oakdale Road
Suite 500
Modesto, CA 95355
(209) 575-3600
Fax (209) 575-2812

**SACRAMENTO**
640 Watt Avenue
Suite 100
Sacramento, CA 95864
(916) 641-5800
Fax (916) 641-2629

Reply to: Modesto

August 7, 2012

Lamont Crossley-K82991
MCSP P. O. Box 409060
Ione, CA 95640

Dear Mr. Crossley-K82991:

    I just wanted to take this opportunity to thank you for having written *Berg Injury Lawyers*. I am sorry that we were not able to help you. I hope that we were able to provide you with some useful information.

    At *Berg Injury Lawyers* we specialize in plaintiff's personal injury law. This means that we represent only those persons who have been injured in accidents. Most accidents involve automobiles, motorcycles, slip and fall incidents, and defective products. We handle all types of cases in which someone has been injured. Our office also handles wrongful death cases. Those are cases in which a person has died due to the carelessness of another.

    Our law firm has specialized in personal injury cases for over twenty years. We are proud to be able to represent our clients with one of the largest and finest teams of personal injury lawyers and staff in California. Our goals are to provide the best possible service to our clients and to obtain the best possible results for them. I am extremely proud of our law firm because of the assistance we provide to our clients, the service that we give to our clients, and, finally, the results that we obtain for our clients.

    When a client hires us, he or she does so at no risk whatsoever. We do not charge any fee unless we win the case. Also, we do not charge any expenses unless we win the case. Our law firm takes all of the risks. Perhaps we can help you at some time in the future. Please feel free to call us any time. We also handle social security disability cases. I have enclosed one of our office brochures which describes our law firm.

    Again, I very much regret that we could not help you. Please feel free to call if you have any questions or if we can ever be of assistance to you in the future. We would certainly appreciate it if you were to refer others to us who might need our services.

Sincerely,

William L. Berg

WLB/clf
Enclosure

www.berginjurylawyers.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LAMONT CROSSLEY
  PLAINTIFF

v.

ABE NIAZI et. AL.,
  DEFENDANTS

CASE NO# 2:12-CV-2180 LKK CKD

PROOF OF SERVICE

I HEREBY CERTIFY THAT ON 7-7-13, I SERVED A COPY OF THE ATTACHED "MOTION FOR APPOINTMENT OF COUNSEL", BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED HEREIN LISTED, BY DEPOSITING IT IN THE UNITED STATES MAIL AT CCI, PO BOX 1902, TEHACHAPI, CA 93581

TO ADDRESS AS FOLLOWS: EASTERN DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA: OFFICE OF CLERK
501 I. STREET, SUITE 4-200
SACRAMENTO CA 95814-2322

cc. KAMALA D HARRIS
ATTORNEY GENERAL OF CALIFORNIA
PETER A. MESHOT
SUPERVISING DEPUTY ATTORNEY GENERAL
JILL SCALLY
DEPUTY ATTORNEY GENERAL
ATTORNEYS FOR DEFENDANTS
1300 I. ST, SUITE 125
PO BOX 944255
SACRAMENTO CA 94244-2550

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

Lamont Crossley K.82991
LAMONT CROSSLEY