KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
JILL SCALLY, State Bar No. 161513
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-1042
 Fax: (916) 322-8288
 E-mail: Jill.Scally@doj.ca.gov
*Attorneys for Defendants R. Galloway, K. Todd, A. Niazi, and L. Heffner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>Plaintiff,<br><br>v.<br><br>ABE (ABRAHAM) NIAZI, R.N.; DR. RICHARD PARNELL GALLOWAY; KAREN TODD, PHYSICIAN ASSISTANT; DR. LENARD HEFFNER,<br><br>Defendants. | 2:12-cv-2180-LKK-CKD P<br><br>**DEFENDANTS' *RAND* WARNING TO PLAINTIFF REGARDING OPPOSING SUMMARY JUDGMENT; &**<br><br>**REQUEST FOR A 30-DAY EXTENSION FOR PLAINTIFF TO OPPOSE SUMMARY JUDGMENT**<br><br>Judge: The Honorable Lawrence K. Karlton |

TO THE CLERK OF THE COURT AND PLAINTIFF LAMONT CROSSLEY IN PRO SE:

Ninth Circuit precedent now requires that pro-se inmates be given, at the time the motion for summary judgment is filed, notice of what is required of them to oppose summary judgment. *Woods v. Carey*, Nos. 09-15548, 09-16113, 2012 WL 2626912, 1 (9th Cir. July 6, 2012). This rule applies to all pending and future cases. *Id.* at p.6. Accordingly, Plaintiff is advised to read the following warning, which is verbatim copy of the model warning from *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998) (en banc):

1

## *RAND* WARNING

The Defendants have made a motion for summary judgment by which they seek to have your case dismissed. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact— that is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says. Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule [56(c)],[1] that contradict the facts shown in the Defendant's declarations and documents and show that there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial.

## EASTERN DISTRICT OF CALIFORNIA LOCAL RULE REQUIREMENTS

In accordance with Local Rule 260(a), Defendants have filed a Statement of Undisputed Facts that contains discrete, specific materials facts to support their entitlement to summary judgment. In response to this Statement, Local Rule 260(b) requires you to "reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial." You may also "file a concise Statement of Disputed Facts, and the source thereof in the record, of all additional material facts as to which there is a genuine issue precluding summary judgment or adjudication." *Id.* You are responsible

---

[1] The substance of Rule 56(e) from the 1998 version, when *Rand* was decided, has been reorganized and renumbered with the current version of Rule 56(c).

2

Defendant's Rand Warning to Plaintiff Regarding Opposing Summary Judgment; and Request 30-Day Extension for Plaintiff To Oppose Summary Judgment (2:12-cv-2180-LKK-CKD P)

1 for filing all evidentiary documents cited in the opposing papers. *Id.* If additional discovery is
2 needed to oppose summary judgment, Local Rule 260(b) requires you to "provide a specification
3 of the particular facts on which discovery is to be had or the issues on which discovery is
4 necessary."

## REQUEST FOR EXTENSION OF TIME

To give Plaintiff ample time to review the above warning and prepare his opposition to Defendants' motion for summary judgment, Defendants request that the Court extend the opposition deadline by thirty days, and set the reply deadline for fifteen days after service of Plaintiff's opposition.

Dated:  December 20, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

/s/ JILL SCALLY

JILL SCALLY
Deputy Attorney General
*Attorneys for Defendants*
*Attorneys for Defendants R. Galloway, K. Todd, A. Niazi, and L. Heffner*

SA2013308804
31851252.doc

3

Defendant's Rand Warning to Plaintiff Regarding Opposing Summary Judgment; and Request 30-Day Extension
for Plaintiff To Oppose Summary Judgment (2:12-cv-2180-LKK-CKD P)

# CERTIFICATE OF SERVICE

Case Name: **Crossley, Lamont v. Abe Niazi, et al.**   No. **2:12-cv-2180-LKK-CKD P**

I hereby certify that on December 20, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' RAND WARNING TO PLAINTIFF REGARDING OPPOSING SUMMARY JUDGMENT; &

REQUEST FOR A 30-DAY EXTENSION FOR PLAINTIFF TO OPPOSE SUMMARY JUDGMENT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On December 20, 2013, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Lamont Crossley, K-82991
CCI-Tehachapi (1902)
PO BOX 1902
TEHACHAPI, CA 93581

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 20, 2013, at Sacramento, California.

| T. Farster. | /s/ T. Farster |
|---|---|
| Declarant | Signature |

31854391.doc