UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABE NIAZI, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-2180 TLN CKD P<br><br>ORDER TO FACILITATE<br>TELEPHONE CALL |

　　　Plaintiff is a state prisoner with a case that has been referred to the court's pro bono program for the assignment of voluntary assistance of counsel. Attorney James Houpt at Orrick Herrington & Sutcliffe, has been selected from the court's pro bono panel to represent plaintiff in this case. Mr. Houpt has informed the court that he must speak with plaintiff prior to accepting the appointment. By this order, the court directs the Warden and the correctional staff at Kern Valley State Prison (KVSP) to facilitate a confidential telephone call between counsel and inmate Lamont Crossley (K-82991).

　　　In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, Litigation Coordinator, and other correctional staff as needed at KVSP, shall facilitate a confidential telephone call between Lamont Crossley and attorney James Houpt.

1

2. The confidential telephone call shall be placed on Friday, December 18, 2015, to begin at 2:00 p.m. and shall continue, without interruption, for a maximum of 120 minutes or until completed, whichever is earlier. Correctional staff shall initiate the phone call by calling Mr. Houpt at (916) 329-7949; the call may be placed collect.

3. The telephone conversation shall be a confidential communication between attorney and prospective client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Crossley under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of KVSP, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (661) 720-4949 and email on the Warden and Litigation Coordinator at KVSP.

Dated: December 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE