UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>            Plaintiff,<br><br>      v.<br><br>ABE NIAZI, et al.,<br><br>            Defendants. | No. 2:12-cv-2180 TLN CKD P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. On December 1, 2014, the court found the appointment of counsel warranted. (ECF No. 66.) James E. Houpt, Elizabeth Morgan, Stephanie Albrecht, and Rachel J. Muoio, of Orrick, Herrington & Sutcliffe LLP, have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. James E. Houpt, Elizabeth Morgan, Stephanie Albrecht, and Rachel J. Muoio, of Orrick, Herrington & Sutcliffe LLP, are appointed as counsel in the above entitled matter. They have prepared and sent an engagement letter regarding the provision of services, and their appointment as counsel shall be contingent on plaintiff executing the engagement letter and returning it to appointed counsel. Appointed counsel shall file a written notice with the court upon plaintiff's satisfactory execution and return of an engagement letter to

them.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon James E. Houpt, Elizabeth Morgan, Stephanie Albrecht, and Rachel J. Muoio, Orrick, Herrington & Sutcliffe LLP, 400 Capitol Mall, Suite 3000, Sacramento, CA 95814.

Dated:  December 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE