UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY, | No. 2:12-cv-2180 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| ABE NIAZI, et al., | |
| Defendants. | |

Following a status conference on February 24, 2016, in which attorneys Rachel Muoio, Stephanie Albrecht, and Michael Wood appeared in person for plaintiff and attorney James Walter appeared telephonically for defendants, the court makes the following order:

1. Plaintiff shall file a pretrial statement pursuant to L.R. 281 no later than May 27, 2016;

2. In his pretrial statement, plaintiff shall inform the court whether he wishes to consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c) and L.R. 302; and

3. Defendants shall file a pretrial statement no later than June 10, 2016.

IT IS SO ORDERED.

Dated: February 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / cros2180.sched