1  JAMES E. HOUPT (STATE BAR NO. 187878)
   jhoupt@orrick.com
2  STEPHANIE ALBRECHT (STATE BAR NO. 281474 )
   salbrecht@orrick.com
3  RACHEL J. MUOIO (STATE BAR NO. 278371)
   rmuoio@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall
5  Suite 3000
   Sacramento, California  95814-4497
6  Telephone:    +1-916-447-9200
   Facsimile:    +1-916-329-4900
7
   Attorneys for Plaintiff
8  Lamont Crossley

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11               SACRAMENTO DIVISION

12

13 LAMONT CROSSLEY,                      No. 2:12-cv-02180 TLN CKD P

14         Plaintiff,              **ORDER GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR ORDER**
15     v.                          **VACATING PRETRIAL STATEMENT DEADLINES PENDING RULING ON**
16 ABE NIAZI, et al.,              **PLAINTIFF'S MOTION TO MODIFY THE COURT'S FURTHER**
17         Defendants.             **SCHEDULING ORDER**

18

19         This matter having come before the Court on Plaintiff's *Ex Parte* Application for Order

20 Vacating Order Setting Pretrial Statement Deadlines Pending Ruling on Plaintiff's Motion to

21 Modify the Court's Further Scheduling Order ("Application"), and good cause appearing,

22 Plaintiff's Application (ECF No. 87) is GRANTED.

23         The Court's February 25, 2016, Order, ECF No. 83, setting Plaintiff and Defendants'

24 pretrial statement deadlines is VACATED.  The Court will reset the parties' pretrial statement

25 deadlines upon ruling on Plaintiff's pending Motion (ECF No. 85).

26         IT IS SO ORDERED.

27 Dated:  May 16, 2016

28                                    _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE