IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT CROSSLEY

        Plaintiff(s)

vs.

ABE NIAZI, et al.

        Defendants.

No. 2:12-cv-2180 TLN CKD P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Stephanie Albrecht, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on December 29, 2015, by the Honorable Carolyn K. Delaney, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Depositions of: Abe Niazi, defendant herein; Dr. Richard P. Galloway, defendant herein; Justin Wnuk, percipient witness; Karen Todd, percipient witness; and Dr. Craig Lovett, percipient witness and treating physician.

Pro Bono Counsel for Plaintiff Lamont Crossley will submit the costs associated with these depositions to the Transcript Reimbursement Fund (TRF). Counsel seeks pre-approval from the Court, but will only seek reimbursement from the Court for any anticipated/potential amount above what the TRF may reimburse, if any. The estimated costs below include a pro bono discount from the court reporting service.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 2,306.25.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:12-cv-2180 TLN CKD P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| N/A | N/A | N/A |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of August, 2016, at Los Angeles, California.

_____
Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved   _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ____, on _____, at _____, ___.M. in Courtroom Number ____.

Dated: 8/11/16

_____
Carolyn K. Delaney
United States District Judge/Magistrate