UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ABE NIAZI, et al.,<br><br>    Defendants. | No. 2:12-cv-2180 TLN CKD P<br><br><u>ORDER TO FACILITATE</u><br><u>TELEPHONE CALL</u> |

    Plaintiff is a state prisoner represented by court appointed counsel Michael C. Wood and Stephanie Albrecht, and is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Communication between Mr. Wood, Ms. Albrecht, and their client is required to complete the discovery process and prepare for trial.  By this order, the court directs the Warden and the correctional staff at Salinas Valley State Prison (SVSP), to facilitate a confidential telephone call between appointed counsel Mr. Wood, Ms. Albrecht, and inmate Lamont Crossley (K-82991).

    In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, Litigation Coordinator, and other correctional staff as needed at SVSP, shall facilitate a confidential telephone call between Lamont Crossley and appointed counsel.

2. The confidential telephone call shall be placed on **Tuesday, September 20, 2016**, to begin at **10:00 a.m**. and shall continue, without interruption, for a maximum of 90

1

    minutes or until completed, whichever is earlier. Correctional staff shall initiate the phone call by calling Mr. Wood and Ms. Albrecht at (916) 329-7906.

3. The telephone conversation shall be a confidential communication between appointed counsel and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Crossley under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of SVSP, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (831) 678-5544 and email on the Warden and Litigation Coordinator at SVSP.

IT IS SO ORDERED.

Dated: September 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2