| | |
|---|---|
| JAMES E. HOUPT (State Bar No. 187878)<br>jhoupt@orrick.com<br>RACHEL J. MUOIO (State Bar No. 278371)<br>rmuoio@orrick.com<br>MICHAEL C. WOOD (State Bar No. 292683)<br>mwood@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>Telephone: 916-447-9200<br>Facsimile: 916-329-4900<br><br>STEPHANIE ALBRECHT (State Bar No. 281474)<br>salbrecht@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, California 90017-5855<br>Telephone: 213-629-2020<br>Facsimile: 213-612-2499<br><br>Attorneys for Plaintiff<br>Lamont Crossley | JAMES W. WALTER (State Bar No. 173481)<br>James.Walter@doj.ca.gov<br>Deputy Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: 916-324-0244<br>Facsimile: 916-322-8288<br><br>Attorneys for Defendants Abraham Niazi,<br>R.N.; Dr. Richard Parnell Galloway |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>ABE NIAZI, et al.,<br><br>        Defendant. | Case No. 2:12-cv-2180-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE** |

Plaintiff Lamont Crossley ("Plaintiff") and Defendants Abraham Niazi, R.N. and Dr. Richard P. Galloway ("Defendants") (collectively, the "Parties") hereby stipulate and respectfully request that the Court extend the expert disclosure deadline based on the following facts and circumstances:

WHEREAS, on November 30, 2016, the Court issued an order setting this case for trial on October 16, 2017 (ECF No. 96);

WHEREAS, pursuant to Fed. R. Civ. P. 26(a)(2), absent a stipulation or court order, the current deadline for the Parties to make expert witness disclosures is July 18, 2017 (90 days before trial);

WHEREAS, pursuant to Fed. R. Civ. P. 26(a)(3), the current deadline for the Parties to make pretrial disclosures regarding the evidence they may present at trial is September 15, 2017 (30 days before trial);

WHEREAS, on April 11, 2017, the Court issued an order setting a settlement conference before Judge Newman on August 8, 2017 (ECF No. 100);

WHEREAS, the Parties believe that while they intend to present expert testimony at trial, the disclosure of any such expert witnesses is not necessary for the Parties to engage in meaningful settlement discussions and any settlement of this case prior to trial would obviate the need to retain expert witnesses;

WHEREAS, the Parties agree that an extension of the expert witness disclosure deadline to September 15, 2017 will avoid any potentially needless waste of time and resources without otherwise affecting the trial schedule or the Parties' ability to participate in meaningful settlement discussions.

////

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned counsel, that the expert witness disclosure deadline of July 18, 2017 shall be extended to September 15, 2017.

Dated: April 18, 2017

JAMES E. HOUPT
STEPHANIE ALBRECHT
RACHEL J. MUOIO
MICHAEL C. WOOD
Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Stephanie Albrecht*_____
STEPHANIE ALBRECHT
Attorneys for Plaintiff
Lamont Crossley

Dated: April 18, 2017

JAMES W. WALTER
Office of the Attorney General

By: _____*/s/ James W. Walter*\*\*_____
JAMES W. WALTER
Attorneys for Defendants
Abraham Niazi, R.N.;
Dr. Richard Parnell Galloway

\*\* As authorized on April 17, 2017.

**IT IS SO ORDERED.**

Dated: April 19, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE