JAMES E. HOUPT (State Bar No. 187878)
jhoupt@orrick.com
RACHEL J. MUOIO (State Bar No. 278371)
rmuoio@orrick.com
MICHAEL C. WOOD (State Bar No. 292683)
mwood@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

STEPHANIE ALBRECHT (State Bar No. 281474)
salbrecht@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: 213-629-2020
Facsimile: 213-612-2499

Attorneys for Plaintiff
Lamont Crossley

JAMES W. WALTER (State Bar No. 173481)
James.Walter@doj.ca.gov
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: 916-324-0244
Facsimile: 916-322-8288

Attorneys for Defendants Abraham Niazi,
R.N.; Dr. Richard Parnell Galloway; California
Department of Corrections and Rehabilitation –
General

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>ABE NIAZI, et al.,<br><br>        Defendants. | Case No. 2:12-cv-02180-TLN-CKD<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Settlement Conference: August 8, 2017<br>Status Conference: September 28, 2017<br>Dispositional Deadline: October 6, 2017 |

Plaintiff Lamont Crossley ("Plaintiff") and Defendants Abraham Niazi, R.N. and Dr. Richard P. Galloway ("Defendants") (collectively, the "Parties") hereby stipulate and respectfully request that the Court extend the deadline for the Parties to file dispositional documents based on the following facts and circumstances:

WHEREAS, on April 10, 2017, the Court issued an order setting a settlement conference before Judge Newman on August 8, 2017 (ECF No. 100);

WHEREAS, on August 8, 2017, the Parties reached a settlement, the terms and conditions of which were stated on the record by the Court (*see* ECF Nos. 106, 110);

WHEREAS, on August 8, 2017, the Court ordered that dispositional documents be filed within 30 days (ECF No. 106);

WHEREAS, on September 8, 2017, at the Parties' request, the Court extended the deadline to file dispositional documents to October 6, 2017, and set an Informal Telephonic Status Conference Re: Settlement for September 28, 2017 (ECF No. 109; *see* ECF No. 108);

WHEREAS, on September 28, 2017, the Parties participated in an Informal Telephonic Status Conference Re: Settlement Conference (*see* ECF No. 111);

WHEREAS, on September 28, 2017, following the Informal Telephonic Status Conference Re: Settlement Conference, counsel for Plaintiff sent counsel for Defendants a revised proposed written settlement agreement;

WHEREAS, on September 28, 2017, following the Informal Telephonic Status Conference Re: Settlement Conference, counsel for Defendants sent counsel for Plaintiff a draft joint stipulation of substitution to add the California Department of Corrections and Rehabilitation ("CDCR") as a defendant in place of Defendants;

WHEREAS, on October 2, 2017, counsel for Plaintiff sent counsel for Defendants a revised draft joint stipulation of substitution to add the CDCR as a defendant in place of Defendants;

WHEREAS, counsel for Defendants is waiting for client approval with respect to the September 28, 2017 revised proposed written settlement agreement and the October 2, 2017 revised draft joint stipulation of substitution;

1 WHEREAS, counsel for Plaintiff must have adequate time to correspond with Plaintiff regarding settlement and disposition of this matter following the September 28, 2017 Informal Telephonic Status Conference Re: Settlement Conference and subsequent exchanges of documents with counsel for Defendants, and Plaintiff must have an opportunity to review and execute the final, agreed upon settlement agreement;

WHEREAS, the Parties and CDCR intend to remain bound by the agreement reached on August 8, 2017 and desire to memorialize that agreement in writing as soon as possible;

WHEREAS, the Parties and CDCR intend to file the joint stipulation of substitution adding CDCR as a party in place of Defendants prior to executing the written settlement agreement between Plaintiff and CDCR and filing a joint stipulation of dismissal;

WHEREAS, the Parties believe that an extension of fourteen (14) days to Friday, October 20, 2017, to file dispositional documents is reasonable in light of the Parties' exchanges of documents following the September 28, 2017 Informal Telephonic Status Conference Re: Settlement Conference.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned counsel, that the deadline for filing of dispositional documents shall be extended fourteen (14) days to Friday, October 20, 2017.

| | | |
|---|---|---|
| 1 | Dated: October 5, 2017 | JAMES E. HOUPT |
| 2 | | STEPHANIE ALBRECHT |
| | | RACHEL J. MUOIO |
| 3 | | MICHAEL C. WOOD |
| | | Orrick, Herrington & Sutcliffe LLP |

By: ___*/s/ Michael C. Wood*___
MICHAEL C. WOOD
Attorneys for Plaintiff
Lamont Crossley

Dated: October 5, 2017

JAMES W. WALTER
Office of the Attorney General

By: */s/ James W. Walter* (authorized 10-5-17)
JAMES W. WALTER
Attorneys for Defendants
Abraham Niazi, R.N.;
Dr. Richard Parnell Galloway; California
Department of Corrections and
Rehabilitation – General

1       **IT IS SO ORDERED**.  Good cause appearing, and pursuant to the joint stipulation of the
2 Parties, the deadline to file dispositional documents is extended fourteen days to Friday, October
3 20, 2017.

5 Dated:  October 5, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

OHSUSA:767454069.2     - 4 -     STIPULATION AND [PROPOSED] ORDER
2:12-cv-02180-TLN-CKD