JAMES E. HOUPT (State Bar No. 187878)
jhoupt@orrick.com
RACHEL J. MUOIO (State Bar No. 278371)
rmuoio@orrick.com
MICHAEL C. WOOD (State Bar No. 292683)
mwood@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

STEPHANIE ALBRECHT (State Bar No. 281474)
salbrecht@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: 213-629-2020
Facsimile: 213-612-2499

Attorneys for Plaintiff
Lamont Crossley

JAMES W. WALTER (State Bar No. 173481)
James.Walter@doj.ca.gov
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: 916-324-0244
Facsimile: 916-322-8288

Attorneys for Defendants Abraham Niazi,
R.N.; Dr. Richard Parnell Galloway; California
Department of Corrections and Rehabilitation –
General

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ABE NIAZI, et al.,<br><br>    Defendant. | Case No. 2:12-cv-02180-TLN-CKD (PC)<br><br>**JOINT STIPULATION AND ORDER OF SUBSTITUTION** |

1

OHSUSA:767440300.2

Plaintiff Lamont Crossley ("Plaintiff"), Defendants Abraham Niazi, R.N. and Dr. Richard P. Galloway ("Defendants"), and the California Department of Corrections and Rehabilitation ("CDCR"), hereby stipulate as follows:

1. On August 21, 2012, Plaintiff initiated this action against Defendants seeking relief under 42 U.S.C. Section 1983 and related state law claims for personal physical injuries to Plaintiff's right hand and events related to complications from a surgery on this hand;

2. On August 8, 2017, Plaintiff, Defendants, and CDCR participated in a settlement conference before the Honorable Kendall J. Newman and reached a final and binding agreement to settle their dispute ("August 8, 2017 Settlement Agreement");

3. Plaintiff, Defendants, and CDCR desire to submit to the jurisdiction of the Court for purposes of implementing, interpreting, or enforcing the terms of the August 8, 2017 settlement agreement.

4. Defendants Niazi and Galloway shall be dismissed with prejudice from this action if, and only if, CDCR is substituted in as a defendant in this action.

5. CDCR agrees to be and shall be substituted in as a defendant in this action. CDCR further agrees that it is bound to the August 8, 2017 Settlement Agreement reached before the Honorable Kendall J. Newman.

6. Defendants Niazi and Galloway will not seek costs of suit or attorneys' fees upon entry of an appropriate pleading dismissing them from this lawsuit.

7. Defendants Niazi and Galloway further shall not bring any action in any forum against Plaintiff Lamont Crossley, his heirs or assigns, for any claim they may have arising from any incident related to United States District Court Case No. 2:12-cv-2180-LKK-CKD P, entitled *Lamont Crossley v. Abe (Abraham) Niazi R.N. et.al.*, filed in the Eastern District of California.

8. Plaintiff shall not seek costs of suit or attorneys' fees against defendants Niazi and Galloway.

///

///

///

OHSUSA:767440300.2

9. CDCR does not and shall not object to being substituted in as defendant for the duration of litigation in this matter or file any legal memoranda challenging jurisdiction, statute of limitations, or other legal theory.

**IT IS SO STIPULATED.**

Dated: October 6, 2017

JAMES E. HOUPT
STEPHANIE ALBRECHT
RACHEL J. MUOIO
MICHAEL C. WOOD
Orrick, Herrington & Sutcliffe LLP

By: */s/ Stephanie Albrecht*
STEPHANIE ALBRECHT
Attorneys for Plaintiff
Lamont Crossley

Dated: October 6, 2017

JAMES W. WALTER
Office of the Attorney General

By: */s/ James W. Walter*
(as authorized on October 6, 2017)
JAMES W. WALTER
Attorneys for Defendants
Abraham Niazi, R.N.;
Dr. Richard Parnell Galloway; California
Department of Corrections and
Rehabilitation – General

**ORDER**

**IT IS SO ORDERED.**

Dated: October 10, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

OHSUSA:767440300.2