JAMES E. HOUPT (State Bar No. 187878)
jhoupt@orrick.com
RACHEL J. MUOIO (State Bar No. 278371)
rmuoio@orrick.com
MICHAEL C. WOOD (State Bar No. 292683)
mwood@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

STEPHANIE ALBRECHT (State Bar No. 281474)
salbrecht@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: 213-629-2020
Facsimile: 213-612-2499

Attorneys for Plaintiff
Lamont Crossley

JAMES W. WALTER (State Bar No. 173481)
James.Walter@doj.ca.gov
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: 916-324-0244
Facsimile: 916-322-8288

Attorneys for Defendants Abraham Niazi,
R.N.; Dr. Richard Parnell Galloway; California
Department of Corrections and Rehabilitation –
General

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABE NIAZI, et al.,<br><br>　　　　　Defendant. | Case No. 2:12-cv-02180-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Lamont Crossley ("Plaintiff") and the California Department of Corrections and Rehabilitation ("CDCR") (collectively, the "Parties"), hereby stipulate as follows:

1. On August 21, 2012, Plaintiff initiated this action against Defendants Abraham Niazi, R.N. and Dr. Richard P. Galloway ("Defendants") seeking relief under 42 U.S.C. Section 1983 and related state law claims for personal physical injuries to Plaintiff's right hand and events related to complications from a surgery on this hand;

2. On August 8, 2017, Plaintiff, Defendants, and CDCR participated in a settlement conference before the Honorable Kendall J. Newman and reached a final and binding agreement to settle their dispute ("August 8, 2017 Settlement Agreement") (*see* ECF Nos. 106, 110);

3. On October 6, 2017, Plaintiff, Defendants, and CDCR stipulated to the substitution of CDCR for Defendants in this matter (*see* ECF No. 114);

4. On October 10, 2017, pursuant to the Joint Stipulation of Plaintiff, Defendants, and CDCR, Defendants Niazi and Galloway were dismissed with prejudice and CDCR was substituted in as the defendant in this action (*see* ECF Nos. 114, 115);

5. Plaintiff and CDCR have memorialized the August 8, 2017 Settlement Agreement in a written executed settlement agreement which is hereby incorporated in full;

6. Pursuant to the terms of the settlement agreement, Plaintiff and CDCR desire that this case be dismissed with prejudice; and

7. Pursuant to the terms of the settlement agreement, Plaintiff and CDCR further desire to submit to the jurisdiction of the Court for purposes of implementing, interpreting or enforcing the terms of the settlement between Plaintiff and CDCR.

///
///
///
///
///

NOW THEREFORE, Plaintiff and CDCR hereby stipulate and request, through their counsel of record and with the Court's approval, that this action be dismissed in its entirety with prejudice pursuant to the settlement agreement, with the Plaintiff and CDCR each to bear their own attorneys' fees and costs. Plaintiff and CDCR further stipulate and request that the Court retain jurisdiction over Plaintiff and CDCR and subject matter hereof for purposes of implementing, interpreting, or enforcing the terms of the settlement between Plaintiff and CDCR.

**IT IS SO STIPULATED.**

Dated: October 19, 2017

JAMES E. HOUPT
STEPHANIE ALBRECHT
RACHEL J. MUOIO
MICHAEL C. WOOD
Orrick, Herrington & Sutcliffe LLP

By: */s/ Michael C. Wood*
MICHAEL C. WOOD
Attorneys for Plaintiff
Lamont Crossley

Dated: October 19, 2017

JAMES W. WALTER
Office of the Attorney General

By: */s/ James W. Walter*
(as authorized on October 19, 2017)
JAMES W. WALTER
Attorneys for Defendants
Abraham Niazi, R.N.;
Dr. Richard Parnell Galloway; California
Department of Corrections and
Rehabilitation – General

## ORDER

Pursuant to the Parties' joint stipulation and good cause appearing, this action is DISMISSED in its entirety with prejudice pursuant to the Parties' settlement agreement and Rule 41(a), with the Plaintiff and CDCR each to bear their own attorneys' fees and costs. The Court RETAINS jurisdiction over Plaintiff and CDCR and subject matter hereof for purposes of implementing, interpreting, or enforcing the terms of the settlement between Plaintiff and CDCR.

**IT IS SO ORDERED.**

Dated: October 19, 2017

Troy L. Nunley
United States District Judge